UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| KEVIN DORN, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 5:21-058-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO QUINTANA, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Kevin Dorn's current petition for a writ of habeas corpus [**R. 1**] is **DENIED WITHOUT PREJUDICE** to his right to file a new action once he has fully exhausted his administrative remedies;

2. This civil action is **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 7th day of June, 2021.

Gregory F. Van Tatenhove
United States District Judge